**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

#4243

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor:                    **CARPENTER, CHRISTOPHER & KARA**

Chapter 13 Case No.        08-60369
                           jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CHRISTOPHER & KARA CARPENTER 902 10TH AVE N MOORHEAD, MN 56560-1526 | DEBTOR REFUND | | $0.80 |

**TOTAL TO CLERK'S FUND**                                      $0.80

**September 14, 2011**                        /s/ Kyle L Carlson
DATE                                          TRUSTEE

RECEIVED 11 SEP 16 AM 11:29 U.S. BANKRUPTCY COURT ST. PAUL, MN